# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 419 MAL 2025

       Respondent             :

                             :   Petition for Allowance of Appeal

                             :   from the **Unpublished**

       v.                     :   **Memorandum and Order** of the

                             :   Superior Court at No. 1118 MDA

                             :   2024 entered on July 18, 2025,

GEORGE W. WAKELEY, JR.,          :   **affirming, reversing and vacating**

                             :   the Judgment of Sentence of the

       Petitioner            :   Lancaster County Court of Common

                             :   Pleas at No. CP-36-CR-0000736-

                             :   2023 entered on June 26, 2024

## <u>ORDER</u>

**PER CURIAM**                                         **DECIDED: February 24, 2026**

       **AND NOW**, this 24th day of February, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Walker*, ___ A.3d ___, 2026 WL 247429 (Pa. Jan. 28, 2026).